IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MARK A. FRANKLIN                                                                    PLAINTIFF

v.                                       No. 4:25-cv-853-DPM

MN89, INC.                                                                          DEFENDANT

### ORDER

1.  Franklin's application to proceed *in forma pauperis*, *Doc. 1*, is granted.  While he reports some monthly income, he also reports five dependents and little savings.

2.  The Court must screen Franklin's complaint.  28 U.S.C. § 1915(e)(2).  The Court's rules require a short and plain statement of facts that show a plausible violation of some particular law.  Fed. R. Civ. P. 8(a);  28 U.S.C. § 1915(e)(2)(B)(ii).  Franklin, a black man of Serbian decent, sues MN89 for workplace discrimination and wrongful termination.  He says MN89 verbally discriminated against him, broke its contracts, stole his money, and eventually fired him.  *Doc. 2*.

The attached Equal Employment Opportunity Commission documents, *Doc. 4*, provide more details.  Franklin worked as a truck driver for MN89 and says he was targeted because of his race and national origin.  *Doc. 4 at 5*.  As examples, he says the company failed to safely maintain its trucks, violated its employment contract by requiring drivers to pay for truck maintenance, and assigned "bad" or

"impossible" loads only to black drivers. Franklin further says MN89 asked him to produce fake driving logs as part of an overarching scam. He says he liquidated his savings trying to maintain his truck—only to lose his job anyway.

3. Franklin has stated a plausible discrimination and wrongful termination claim. The Court directs the Clerk to issue summons for MN89, Inc. and deliver it, along with a copy of the complaint and this Order, to the United States Marshal for service. The Marshal must serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required, on any registered agent, officer, managing agent, or any other agent authorized to receive service at MN89, Inc, 10825 Central Avenue, Oak Lawn, Illinois, 60453.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 September 2025