# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MARK A. FRANKLIN**                                   **PLAINTIFF**

**v.**                          **No. 4:25-cv-853-DPM**

**MN89, INC.**                                          **DEFENDANT**

## ORDER

The Court regrets its delay in tending to the pending motions. The case has gotten tangled up in the meantime.

*First*, Franklin's first motion to amend, *Doc. 13*, is denied as moot. Franklin's second motion to amend, *Doc. 16*, is granted as modified. Fed. R. Civ. P. 15(a)(2). His verified notice, *Doc. 18*, is a clear statement of facts and list of legal claims. The Court designates this document as his amended complaint. (The Court directs the Clerk to update the docket). The Title VII claims have been abandoned. Franklin presses various claims about his work for MN89. His wage-and-hour claims provide subject matter jurisdiction. 28 U.S.C. § 1331. MN89 must answer, or file a Rule 12 motion, by 1 May 2026.

*Second*, MN89's motion to dismiss for improper venue, *Doc. 6*, is denied without prejudice. It was based on Franklin's now-abandoned Title VII claims and that statute's specific venue provision.

*Third*, Frankin's motion for appointed counsel, *Doc. 8*, is denied without prejudice. The case is young. Neither the facts nor the

applicable law is complex. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996). The Court already granted him leave to proceed *in forma pauperis. Doc. 5 at 1.*

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 April 2026